STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MONEYREIGN, INC., a New Jersey domestic profit corporation,<br><br>　　　　　Defendant. | Case No.: 2:10-cv-00350-PMP-RJJ<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Saturday, March 13, 2010 for copyright infringement against MoneyReign, Inc. ("MoneyReign"). Righthaven and MoneyReign have agreed to settle the matter by a written agreement.

　　　　Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

//
//
//
//
//

1

Dated this nineteenth day of May, 2010.

          RIGHTHAVEN LLC

By: /s/ J. Charles Coons
STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

     IT IS SO ORDERED.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE

DATED: May 19, 2010

2